Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sergio Miranda, et al.

    Plaintiff(s),

v.

Office of the Comm'r of Baseball, et al.

    Defendant(s).

Case No: 3:14-cv-05349-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marie Celeste Bruce, an active member in good standing of the bar of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Baltimore Orioles, Inc.; Baltimore Orioles LP in the above-entitled action. My local co-counsel in this case is David M. Given, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 7979 Old Georgetown Road, Suite 400 Bethesda, Maryland 20814 | 39 Mesa Street, Suite 201 San Franciso, CA 94129 |
| MY TELEPHONE # OF RECORD: (301) 951-0150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 398-0900 |
| MY EMAIL ADDRESS OF RECORD: cbruce@rwlls.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dmg@phillaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10710.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/03/15

/S/ Marie Celeste Bruce

    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Marie Celeste Bruce is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                                                       October 2012

# Certificate of Good Standing



## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Marie Celeste Bruce, Bar No. 10710, was duly admitted to practice in this Court on 4/2/1993, and is in good standing as a member of the Bar of this Court.

Clerk of Court

Date: 3/3/2015

B. Ulander
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*