Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sergio Miranda, et al.

Plaintiff(s),

v.

Office of the Comm'r of Baseball, et al.

Defendant(s).

Case No: 3:14-cv-05349-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Alan Mark Rifkin, an active member in good standing of the bar of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Baltimore Orioles, Inc.; Baltimore Orioles LP in the above-entitled action. My local co-counsel in this case is David M. Given, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 225 Duke of Gloucester Street<br>Annapolis, Maryland 21401 | 39 Mesa Street, Suite 201<br>San Franciso, CA 94129 |
| MY TELEPHONE # OF RECORD:<br>(410) 269-5066 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 398-0900 |
| MY EMAIL ADDRESS OF RECORD:<br>arifkin@rwlls.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dmg@phillaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 11562.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/03/15

/s/ Alan Mark Rifkin

APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Alan Mark Rifkin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Certificate of Good Standing



## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Alan M Rifkin, Bar No. 11562, was duly admitted to practice in this Court on 7/22/1983, and is in good standing as a member of the Bar of this Court.

Clerk of Court

Date: 3/3/2015

B. Ulander
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*