| | |
|---|---|
| KEKER & VAN NEST LLP<br>JOHN W. KEKER - #49092<br>jkeker@kvn.com<br>R. ADAM LAURIDSEN - #243780<br>alauridsen@kvn.com<br>THOMAS E. GORMAN - #279409<br>tgorman@kvn.com<br>DAVID J. ROSEN - #296139<br>drosen@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Defendants[1]<br><br>ALAN M. RIFKIN *(pro hac vice)*<br>M. CELESTE BRUCE *(pro hac vice)*<br>RIFKIN, WEINER, LIVINGSTON,<br>LEVITAN & SILVER, LLC<br>7979 Old Georgetown Road, Suite 400<br>Bethesda, MD 20814<br>Telephone: (301) 951-0150<br><br>Attorneys for Defendants<br>Baltimore Orioles Limited Partnership and<br>Baltimore Orioles, Inc. | SAMUEL KORNHAUSER - #83528<br>LAW OFFICES OF SAMUEL KORNHAUSER<br>155 Jackson Street, Suite 1807<br>San Francisco, CA 94111<br>Telephone: (415) 981-6281<br>Facsimile: (415) 981-7616<br><br>BRIAN DAVID, Illinois ARDC No. 0582468<br>LAW OFFICES OF BRIAN DAVID<br>33 North LaSalle Street, Suite 3200<br>Chicago, IL 60610<br>Telephone: (847) 778-7528<br>Facsimile: (312) 346-8469<br><br>Attorneys for Plaintiffs<br><br>DAVID M. GIVEN - #142375<br>PHILLIPS, ERLEWINE, GIVEN<br>& CARLIN LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>Telephone: (415) 398-0900<br>Facsimile: (415) 398-0911<br>Email: dmg@phillaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO MIRANDA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>        Defendants. | Case No. 3:14-CV-05349-HSG<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE AND PAGE LIMITS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: December 5, 2014<br><br>Trial Date: None set |

---

[1] With the exception of Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc., Keker & Van Nest is counsel to all Defendants in this matter.

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND PAGE LIMITS**
Case No. 3:14-CV-05349-HSG

918992

Plaintiffs and Defendants (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, the Office of the Commissioner of Baseball, Allan Huber "Bud" Selig and twenty-nine Major League Baseball Clubs are represented by Keker & Van Nest LLP ("Keker-Represented Defendants"), while the Baltimore Orioles, Inc. and Baltimore Orioles, L.P. are represented by Rifkin, Weiner, Livingston, Levitan & Silver, LLC ("Orioles Defendants");

WHEREAS, pursuant to a Stipulation re Service and Extension of Time to Respond to Complaint filed on March 3, 2015, Defendants' responses to Plaintiffs' Complaint are due on May 14, 2015;

WHEREAS, Defendants intend to respond to Plaintiffs' Complaint by filing motions to dismiss;

WHEREAS, the parties agree that it would be more efficient to file consolidated briefs where it is practical to do so;

IT IS HEREBY STIPULATED and agreed by and between the Parties that the following schedule be set:

1. The Keker-Represented Defendants will file a consolidated, joint brief of no more than 25 total pages in support of their motions to dismiss;
2. The Orioles Defendants will file a consolidated, joint brief in support of their motions to dismiss;
3. The Plaintiffs will file a consolidated, joint opposition brief of no more than 25 total pages in response to the Keker-Represented Defendants' motions to dismiss not more than 42 days after the Keker-Represented Defendants file their motions;
4. The Plaintiffs will file a consolidated, joint opposition brief in response to the Orioles Defendants not more than 42 days after the Orioles Defendants file their motions;
5. The Keker-Represented Defendants will file a consolidated, joint reply brief of no more than 15 total pages in support of their motions to dismiss not more than 21 days after Plaintiffs file their opposition brief;

1
**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND PAGE LIMITS**
Case No. 3:14-CV-05349-HSG

918992

6. The Orioles Defendants will file a consolidated, joint reply brief in support of their motions to dismiss not more than 21 days after Plaintiffs file their opposition brief;

7. The Parties will confer regarding a mutually agreeable hearing date prior to the filing of Defendants' motions to dismiss.

IT IS SO STIPULATED.

Dated: March 4, 2015                            KEKER & VAN NEST LLP

By: */s/ John W. Keker*
JOHN W. KEKER
R. ADAM LAURIDSEN
THOMAS E. GORMAN
DAVID J. ROSEN

Attorneys for Defendants

Dated: March 4, 2015                            RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER, LLC

By: */s/ M. Celeste Bruce*
M. CELESTE BRUCE

Attorneys for Defendants
Baltimore Orioles Limited Partnership and
Baltimore Orioles, Inc.

Dated: March 4, 2015                            LAW OFFICES OF SAMUEL KORNHAUSER

By: */s/ Samuel Kornhauser*
SAMUEL KORNHAUSER

Attorneys for Plaintiffs

1 | IT IS SO ORDERED.
2
3
4 | Dated: March 10, 2015

_____
The Honorable Haywood S. Gilliam, Jr.
Judge of the Northern District of California

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Thomas E. Gorman, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND PAGE LIMITS. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ Thomas E. Gorman*
THOMAS E. GORMAN