PHILLIPS, ERLEWINE, GIVEN & CARLIN, LLP
David M. Given (SBN 142375)
39 Mesa Street, Suite 201
The Presidio
San Francisco, California 94129
Telephone:   415.398.0900
Facsimile:    415.398.0911

RIFKIN, WEINER, LIVINGSTON,
LEVITAN & SILVER, LLC

| Alan M. Rifkin (admitted *pro hac vice*) | M. Celeste Bruce (admitted *pro hac vice*) |
| --- | --- |
| 225 Duke of Gloucester Street | 7979 Old Georgetown Road, Suite 400 |
| Annapolis, Maryland  21401 | Bethesda, Maryland  20814 |
| Telephone:   410.269.5066 | Telephone:   301.951.0150 |
| Facsimile:    410.269.1235 | Facsimile:    301.951.0172 |

Attorneys for Defendants, Baltimore Orioles, Inc. and
Baltimore Orioles Limited Partnership

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SERGIO MIRANDA, *et al.* | * | Case No. 3:14-cv-05349-HSG |
| --- | --- | --- |
|  | * |  |
|      Plaintiffs, | * | **CLASS ACTION** |
|  | * |  |
| vs. | * | **ORDER GRANTING** |
|  | * | **DEFENDANTS, BALTIMORE** |
|  | * | **ORIOLES LIMITED PARTNERSHIP** |
| OFFICE OF THE COMMISSIONER | * | **AND BALTIMORE ORIOLES, INC.** |
| BASEBALL, *et al.* | * | **REQUEST TO APPEAR BY** |
|  | * | **TELEPHONE** |
|      Defendants. | * |  |
|  | * | Trial Date:  None Set |
|  | * |  |
|  | * | Complaint Filed: December 5, 2014 |

[PROPOSED] ORDER GRANTING DEFENDANTS', BALTIMORE ORIOLES LIMITED PARTNERSHIP AND
BALTIMORE ORIOLES, INC. REQUEST TO APPEAR BY TELEPHONE
CASE NO. 3:14-cv-05349-HSG

1

**ORDER**

The Court, having considered Defendants', Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc. Request to Appear by Telephone (Dkt. No. 36), hereby GRANTS the Request to Appear by Telephone and holds that M. Celeste Bruce, Esquire will attend the Case Management Conference scheduled for April 14, 2015 via telephone.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: April 6, 2015

By: HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS', BALTIMORE ORIOLES LIMITED PARTNERSHIP AND BALTIMORE ORIOLES, INC. REQUEST TO APPEAR BY TELEPHONE
CASE NO. 3:14-cv-05349-HSG

2