KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
THOMAS E. GORMAN - #279409
tgorman@kvn.com
DAVID J. ROSEN - #296139
drosen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants[1]

ALAN M. RIFKIN *(pro hac vice)*
M. CELESTE BRUCE *(pro hac vice )*
RIFKIN, WEINER, LIVINGSTON
LEVITAN & SILVER, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
Telephone:     301 951 0150

Attorneys for Defendants
Baltimore Orioles Limited Partnership and
Baltimore Orioles, Inc.

SAMUEL KORNHAUSER - #83528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, CA  94111
Telephone:     415 981 6281
Facsimile:     415 981 7616

BRIAN DAVID, Illinois ARDC No. 0582468
LAW OFFICES OF BRIAN DAVID
33 North LaSalle Street, Suite 3200
Chicago, IL 60610
Telephone:     847 778 7528
Facsimile:     312 346 8469

Attorneys for Plaintiffs

DAVID M. GIVEN - #142375
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA  94129
Telephone:     (415) 398-0900
Facsimile:     (415) 398-0911
Email: dmg@phillaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO MIRANDA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>           Defendants. | Case No. 3:14-cv-05349-HSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CHANGING TIME**<br><br>Judge:       Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: December 5, 2014<br><br>Trial Date: None set |

---

[1] With the exception of Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc., Keker & Van Nest is counsel to all Defendants in this matter.

Pursuant to Local Civil Rules 6-1 and 6-2, the parties through undersigned counsel hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss. The parties declare in support of this request:

WHEREAS, pursuant to a Stipulation Changing Time, filed on March 4, 2015, the parties stipulated to moving a scheduled case management conference from March 10, 2015 to March 17, 2015, due to a scheduling conflict for Plaintiffs' counsel;

WHEREAS, pursuant to the Stipulation and Order re Briefing Schedule and Page Limits, issued on March 10, 2015, Plaintiffs' opposition to Defendants' motion to dismiss is due on June 25, 2015, and the Defendants' reply to the Plaintiffs' opposition is due on July 16, 2015;

WHEREAS, Plaintiffs request a five-day extension of time for filing the opposition to the motion to dismiss, due to a scheduling conflict for Plaintiffs' counsel;

WHEREAS, Defendants do not oppose the request;

WHEREAS, Plaintiffs agree to extend the deadline of Defendants' reply to Plaintiffs' opposition by five days;

THEREFORE, pursuant to Local Rule 6-2, the parties through their respective attorneys stipulate as follows:

1. Plaintiffs shall file their Opposition to the Motion to Dismiss on June 30, 2015;
2. Defendants shall file their Reply to the Opposition on July 21, 2015.

**IT IS SO STIPULATED AND AGREED**

Dated: June 24, 2015                                KEKER & VAN NEST LLP

                                            By:    /s/ *R. Adam Lauridsen*
                                                   JOHN W. KEKER
                                                   R. ADAM LAURIDSEN
                                                   THOMAS E. GORMAN
                                                   DAVID J. ROSEN

                                                   Attorneys for Defendants

|   |   |   |
|---|---|---|
| 1 |   | RIFKIN, WEINER, LIVINGSTON, LEVITAN AND SILVER, LLC |
| 2 |   |   |
| 3 |   | By: */s/ M. Celeste Bruce* |
| 4 |   | ALAN MARK RIFKIN (*pro hac vice*) MARIE CELESTE BRUCE (*pro hac vice*) |
| 5 |   | Attorneys for Defendants Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc. |
| 6 |   |   |
| 7 | Dated: June 24, 2015 | By: LAW OFFICES OF SAMUEL KORNHAUSER |
| 8 |   |   |
| 9 |   | */s/ Samuel Kornhauser* |
| 10 |   | SAMUEL KORNHAUSER |
| 11 |   | Attorneys for Plaintiffs |

1 **CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

2     I, David J. Rosen, am the ECF user whose ID and password are being used to file this

3 STIPULATION AND [PROPOSED] ORDER FOR CHANGING TIME.  In compliance with N.D.

4 Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this

5 document and has authorized the use of his or her electronic signature.

6

7                       */s/ David J. Rosen*
                      DAVID J. ROSEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  
2  IT IS SO ORDERED.
3  
4  
5  Dated:      June 25, 2015                          *signature*
   Hon. Haywood S. Gilliam, Jr.
6  Judge of the Northern District of California

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28