| | |
|---|---|
| KEKER & VAN NEST LLP | SAMUEL KORNHAUSER - # 83528 |
| JOHN W. KEKER - # 49092 | LAW OFFICES OF SAMUEL KORNHAUSER |
| jkeker@kvn.com | 155 Jackson Street, Suite 1807 |
| R. ADAM LAURIDSEN - # 243780 | San Francisco, CA  94111 |
| alauridsen@kvn.com | Telephone:     415 981 6281 |
| THOMAS E. GORMAN - # 279409 | Facsimile:     415 981 7616 |
| tgorman@kvn.com | |
| DAVID J. ROSEN - # 296139 | BRIAN DAVID, Illinois ARDC No. 0582468 |
| drosen@kvn.com | LAW OFFICES OF BRIAN DAVID |
| 633 Battery Street | 33 North LaSalle Street, Suite 3200 |
| San Francisco, CA 94111-1809 | Chicago, IL 60610 |
| Telephone:     415 391 5400 | Telephone:     847 778 7528 |
| Facsimile:     415 397 7188 | Facsimile:     312 346 8469 |
| Attorneys for Defendants[1] | Attorneys for Plaintiffs |
| ALAN M. RIFKIN *(pro hac vice)* | DAVID M. GIVEN - # 142375 |
| M. CELESTE BRUCE *(pro hac vice)* | PHILLIPS, ERLEWINE, GIVEN, & CARLIN LLP |
| RIFKIN, WEINER, LIVINGSTON | 39 Mesa Street, Suite 201 |
| LEVITAN & SILVER, LLC | The Presidio |
| 7979 Old Georgetown Road, Suite 400 | San Francisco, CA 94129 |
| Bethesda, MD 20814 | Telephone:     (415) 398-0900 |
| Telephone:     301 951 0150 | Facsimile:     (415) 398-0911 |
| | Email: dmg@phillaw.com |
| Attorneys for Defendants | |
| Baltimore Orioles Limited Partnership and | |
| Baltimore Orioles, Inc. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO MIRANDA, et al., | Case No. 3:14-CV-05349-HSG |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al., | Judge:     Hon. Haywood S. Gilliam, Jr. |
| | Date Filed: December 5, 2014 |
| Defendants. | Trial Date: None set |

---

[1] With the exception of Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc., Keker & Van Nest is counsel to all Defendants in this matter.

1  Pursuant to Local Civil Rule 7-2 and the Court's standing order, the parties through
2  undersigned counsel hereby stipulate and respectfully request that the Court set the hearing on
3  Defendants' Motion to Dismiss for August 27, 2015 at 2:00 PM or as soon thereafter as counsel
4  may be heard. The parties declare in support of this request:
5  WHEREAS, no hearing date was set at the time the parties' counsel stipulated to a
6  briefing schedule on this motion; and
7  WHEREAS, August 27, 2015 is the next available hearing date.
8  THEREFORE, pursuant to said stipulation, the parties through their respective attorneys
9  stipulate as follows:
10 The Court setting the hearing on Defendants' pending motion to dismiss for August 27,
11 2015 at 2:00 PM in Courtroom 15.
12 IT IS SO STIPULATED AND AGREED.

Dated: July 13, 2015              KEKER & VAN NEST LLP

                          By:  */s/ R. Adam Lauridsen*
                               JOHN W. KEKER
                               R. ADAM LAURIDSEN
                               THOMAS E. GORMAN
                               DAVID J. ROSEN

                               Attorneys for Defendants

Dated: July 13, 2015              LAW OFFICES OF SAMUEL
                                  KORNHAUSER


                          By:  */s/ Samuel Kornhauser*
                               SAMUEL KORNHAUSER

                               Attorneys for Plaintiffs

---

1
STIPULATION AND [PROPOSED] ORDER FOR HEARING ON MOTION TO DISMISS
Case No. 3:14-CV-05349-HSG

# [PROPOSED] ORDER SETTING HEARING
# ON DEFENDANTS' MOTIONS TO DISMISS

The Court, having considered the parties' request for hearing and their stipulation and GOOD CAUSE appearing, IT IS HEREBY ORDERED that hearing on Defendants' pending motion to dismiss is set for August 27, 2015 at 2:00 PM in Courtroom 15.

Dated: 7/15/2015

*Haywood S. Gill Jr.*
Judge, United States District Court

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Samuel Kornhauser, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR HEARING ON DEFENDANTS' MOTION TO DISMISS.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ Samuel Kornhauser*
SAMUEL KORNHAUSER