1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   R. ADAM LAURIDSEN - #243780
3  alauridsen@kvn.com
   THOMAS E. GORMAN - #279409
4  tgorman@kvn.com
   DAVID J. ROSEN - #296139
5  drosen@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415-391-5400
7  Facsimile:     415-397-7188

8  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SERGIO MIRANDA, et al., | Case No. 3:14-cv-05349-HSG |
|---|---|
| Plaintiffs, | **MOTION TO SUBSTITUTE ATTORNEYS** |
| v. | Judge:     Hon. Haywood S. Gilliam, Jr. |
| OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al., | Date Filed: December 5, 2014 |
| | Trial Date: None set |
| Defendants. | |

**PLEASE TAKE NOTICE** that defendants BALTIMORE ORIOLES, INC. and BALTIMORE ORIOLES, L.P., hereby substitute John W. Keker, R. Adam Lauridsen, Thomas E. Gorman and David J. Rosen, Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111-1809, telephone number (415) 391-5400, facsimile number (415) 397-7188, as their attorneys of record in this action in place of M. Celeste Bruce and Alan Mark Rifkin, Rifkin, Weiner, Livingston, Levitan & Silver, LLC; and David M. Given, Phillips, Erlewine, Given & Carlin LLP.

Dated: August 13, 2015                                KEKER & VAN NEST LLP

                                             By:  /s/ *John W. Keker*
                                                  JOHN W. KEKER
                                                  R. ADAM LAURIDSEN
                                                  THOMAS E. GORMAN
                                                  DAVID J. ROSEN

                                                  Attorneys for Defendants

We consent to the above substitution of attorneys.

Dated: August 13, 2015                                RIFKIN, WEINER, LIVINGSTON,
                                                     LEVITAN & SILVER, LLC

                                             By:  /s/ *M. Celeste Bruce*
                                                  M. CELESTE BRUCE
                                                  ALAN MARK RIFKIN

Dated: August 13, 2015                                PHILLIPS, ERLEWINE, GIVEN &
                                                     CARLIN LLP

                                             By:  /s/ *David M. Given*
                                                  DAVID M. GIVEN

IT IS SO ORDERED.

Dated: August 14, 2015                                _____
                                                     HON. HAYWOOD S. GILLIAM, JR.
                                                     U.S. DISTRICT COURT JUDGE

1 **CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, R. Adam Lauridsen, am the ECF user whose ID and password are being used to file this Substitution of Attorneys. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

>  */s/ R. Adam Lauridsen*
>  R. ADAM LAURIDSEN