SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:   (415) 981-6281
Facsimile:   (415) 981-7616

BRIAN DAVID, Esq., Illinois ARDC No. 0582468 (*Pro Hac Vice to be filed*)
LAW OFFICES OF BRIAN DAVID
33 North LaSalle Street, Suite 3200
Chicago, Illinois 60610
Telephone:   (847) 778-7528
Facsimile:   (312) 346-8469

Attorneys for all Plaintiffs, individually
and on behalf of all those similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO MIRANDA, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>           Defendants. | **Case No. 3:14-cv-05349-HSG**<br><br>**<u>CLASS ACTION</u>**<br><br>**JUDGMENT** |

2015-09-23 JUDGMENT

1
2   IT IS HEREBY ADJUDGED that this case, Miranda, et. al., v. Office of the
3   Commissioner of Baseball, et. al.,   Case No. 3:14-cv-05349-HSG, is dismissed with prejudice.
4
5
6
7
8   DATED:  September 24, 2015
9                                                              By:  Haywood S. Gilliam, Jr.
                                                                United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28